No. 244. DENNICK, ADMINISTRATOR, *v.* MIAMI SAVINGS & LOAN CO. October 9, 1944. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Hansberry* v. *Lee,* 311 U. S. 32, 41, 42–3, and cases cited. *Mr. Clifford R. Curtner* for appellant.

No. 311. OFFHOUSE ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF PATERSON. October 9, 1944. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Phelps* v. *Board of Education,* 300 U. S. 319, 323. *Mr. Jerome C. Eisenberg* for appellants. *Mr. John F. Evans* for appellee.

No. 355. TODARO *v.* NEW JERSEY. October 9, 1944. *Per Curiam:* The appeal is dismissed since the application in this case of New Jersey Rev. Stat., Tit. 2, Ch. 164, § 1, presents no substantial federal question. (1) *Wilson* v. *United States,* 162 U. S. 613, 619; (2) *Tot* v. *United States,* 319 U. S. 463, 470–72, and cases cited. *Mr. Frank B. Bozzo* for appellant.